Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
ssheridan@beneschlaw.com

Attorneys for Defendant
Overdrive, Inc..

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH CONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERDRIVE, INC.,<br><br>Defendant. | Case No. 2:25-cv-1617-FLA-MAA<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge:  Hon. Fernando L. Aenlle-Rocha<br><br>Complaint Filed:  Feb. 25, 2025<br>Current Response Date:  May 12, 2025<br>New Response Date:  June 11, 2025<br>Trial Date:  Not set |

Pursuant to Local Rule 8-3, Defendant Overdrive, Inc. ("Defendant") and Plaintiff Beth Cone ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, stipulate to an extension of the time for Defendant to file its response to Plaintiffs' Complaint, from May 12, 2025, to June 11, 2025.

In support of this Stipulation, the Parties state as follows:

1. Plaintiff filed this action in this Court on February 25, 2025.

2. Plaintiff served Defendant by Waiver of Service of Summons on March 12, 2025.

4. Defendant's response to the Complaint is due on May 12, 2025.

5. In light of this Stipulation, the Parties agree to extend Defendant's deadline to respond to the Complaint by 30 days, until June 11, 2025.

6. There have been no previous time modifications in this case.

7. Pursuant to L.R. 8-3, a Court order is not required to effectuate this Stipulation, which extends Defendant's deadline by not more than 30 days.

Dated: May 1, 2025                    Respectfully submitted,

*s/ Meegan B. Brooks*
STEPHANIE SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP

Attorneys for Defendant
Overdrive, Inc..

Dated: May 1, 2025                    Respectfully submitted,

*s/ Philip L. Fraietta*
Philip L. Fraietta (CA 354765)
Emily A. Horne (CA 347723)
Bursor & Fisher, P.A.

Attorneys for Plaintiff

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

*s/ Meegan B. Brooks*
Meegan Brooks
