| Name and address: | |
|---|---|
| Michael A. Vatis<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>1155 Avenue of the Americas<br>Floor 26<br>New York, New York 10036 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Beth Cone, individually and on behalf of all others similarly situated | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:25-cv-1617 |
| v. | |
| OverDrive, Inc., | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Michael Vatis
*Applicant's Name (Last Name, First Name & Middle Initial)*       check here if federal government attorney ☐

Benesch Friedlander Coplan & Aronoff LLP
*Firm/Agency Name*

1155 Avenue of The Americas, Floor 26          646-328-0494                    877-876-8168
                                              *Telephone Number*              *Fax Number*
*Street Address*

New York, NY 10036                                      mvatis@beneschlaw.com
*City, State, Zip Code*                                 *E-mail Address*

**I have been retained to represent the following parties:**

| OverDrive, Inc. | ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____ |
|---|---|
| | ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York | April 12, 1989 | YES |
| District of Columbia | January 5, 1990 | YES |
| Supreme Court of the United States | January 11, 1993 | YES |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   August 1, 2025

Michael A. Vatis
*Applicant's Name (please type or print)*

*/s/ Michael Vatis*
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Jesse Bolling
*Designee's Name (Last Name, First Name & Middle Initial)*

Enenstein Pham Glass & Rabbat Lawyers
*Firm/Agency Name*

EPGR Lawyers

8439 W. Sunset Blvd, Suite 300
*Street Address*

Los Angeles, CA 90069
*City, State, Zip Code*

310-899-2070
*Telephone Number*

jbolling@epgrlawyers.com
*Email Address*

286267
*Designee's California State Bar Number*

N/A
*Fax Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated August 1, 2025

Jesse Bolling
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

US Court of Appeals, District of Columbia Circuit – March 22, 1991 - Active
US Court of Appeals, First Circuit – May 20, 2019 - Active
US Court of Appeals, Second Circuit – November 5, 2014 - Active
US Court of Appeals, Fourth Circuit - April 10, 1992 - Active
US Court of Appeals, Fifth Circuit - June 24, 2014 - Active
US Court of Appeals, Sixth Circuit - April 17, 2019 - Active
US Court of Appeals, Seventh Circuit - April 17, 2019 - Active
US Court of Appeals, Ninth Circuit – July 23, 2008 - Active
US Court of Appeals, Tenth Circuit – January 19, 1995 - Active
US District Court, Southern District of New York - July 8, 2014 - Active
US District Court, Eastern District of New York - April 6, 2022 - Active
US District Court, District of Columbia - December 2, 1991 - Active



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Michael A. Vatis

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 12, 1989**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 21, 2025.

Clerk of the Court

CertID-00242462



# Appellate Division
## Supreme Court of the State of New York
### Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
Presiding Justice

**DARRELL M. JOSEPH**
Clerk of the Court

**KENNETH BAND**
**MELISSA KRAKOWSKI**
Deputy Clerks

**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
**RIAD P. WILLIAMS**
Associate Deputy Clerks

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Michael A Vatis

was duly qualified and admitted on January 5, 1990 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 29, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8439 W. Sunset Blvd., Suite 300, Los Angeles, CA 90069.

On August 6, 2025, I served the foregoing document(s) described as: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [AMENDED] AND [PROPOSED] ORDER** on interested parties in this action as stated below:

| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Philip L. Fraietta (State Bar No. 354768)<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-mail: pfraietta@bursor.com | State Bar of California<br>180 Howard Street<br>San Francisco, CA 94105<br>**BY U.S. MAIL** |

**BURSOR & FISHER, P.A.**
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ehorne@bursor.com

*Attorneys for Plaintiff Beth Cone*

**[X]    BY ELECTRONIC MAIL:** I caused the document(s) to be sent to the persons at their respective electronic notification address, listed above.

**[X]    (FEDERAL)** I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Dated:  August 6, 2025

*/s/ Robyn M. McKibbin*
Robyn M. McKibbin

PROOF OF SERVICE