UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BETH CONE,

Plaintiff,

v.

OVERDRIVE, INC.,

Defendant.

Case No. 2:25-cv-01617-FLA (MAAx)

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS [DKT. 37]**

On September 5, 2025, Defendant OverDrive, Inc. ("Defendant") filed a Motion for Leave to File Notice of Supplemental Authority in Support of Defendant's Motion to Dismiss ("Motion"). Dkt. 37. Defendant wants to alert the court to the Ninth Circuit's recent decision in *Popa v. Microsoft Corp.*, 2025 WL 2448824 (9th Cir. Aug. 26, 2025), which was issued after the briefing period for the pending Motion to Dismiss (Dkt. 13) ended.

The court, having considered Defendant's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS Defendant's Notice of Supplemental Authority (Dkt. 37-2) be deemed filed.

IT IS SO ORDERED.

Dated: September 23, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge