**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile:  (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: mroberts@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH CONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>OVERDRIVE, INC.,<br><br>Defendant. | Case No. 2:25-cv-1617-FLA-MAA<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date: February 13, 2026<br>Time: 1:30 p.m.<br>Ctrm: 6B<br>Judge: Hon. Fernando L. Aenlle-Rocha |

Plaintiff Beth Cone respectfully files this Motion for Leave to File Notice of Supplemental Authority to alert the Court to a recent decision that is relevant to the pending Motion to Dismiss (ECF Nos. 13, 31, 35), but was issued after briefing on that Motion was completed.

L.R. 7-10 prohibits litigants from filing a response to a reply memorandum absent prior written order of the Court. Therefore, Plaintiff submits this motion to request the Court's approval to file the attached Notice of Supplemental Authority so that the Court may review and consider a recent decision by the Honorable Michael L. Mau in *Lopez-Ambrosio v. Rakuten USA, Inc.*, Case No. 25-CIV-00820 (San Mateo Super. Ct. Dec. 12, 2025) (attached to the Notice as **Exhibit 1**). The decision is relevant to the Parties' respective arguments regarding whether Plaintiff has alleged a concrete injury sufficient for Article III standing, and whether Plaintiff has plausibly alleged her CIPA §§ 631-632 claims.

Plaintiff conferred with Defendant's counsel prior to filing the instant Motion. Counsel for Defendant stated they do not object to Plaintiff filing this Motion but do intend to file a response.

Dated: January 7, 2026          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ *Max S. Roberts*
　　　Max S. Roberts

Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710

Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorney for Plaintiff*