Meegan B. Brooks (CA 298570)
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
mbrooks@beneschlaw.com

Michael Vatis (pro hac vice)
Benesch, Friedlander, Coplan & Aronoff LLP
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone:646.593.7050
Facsimile: 646.755.3397
mvatis@beneschlaw.com

Attorneys for Defendant OverDrive, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BETH CONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERDRIVE, INC.,<br><br>Defendant. | Case No. 2:25-cv-1617-FLA-MAA<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant OverDrive, Inc. agrees that the court's decision in *Ambrosio-Lopez v. Rakuten USA, Inc.*, Case No. 25-CIV-00820 (San Mateo Super Ct. Dec 12, 2025) that the alleged invasion of privacy in that case was not "highly offensive" is relevant to the Article III standing issues in the present case. *See id.* at 4; *see also Price v. Converse, Inc.*, No. 2:24-CV-08091-FLA (EX), 2025 WL 3295119, at *3 (C.D. Cal. Sept. 30, 2025).

Dated: January 7, 2026

Respectfully submitted,

*s/ Michael Vatis*

Benesch, Friedlander, Coplan & Aronoff LLP

MEEGAN B. BROOKS (CA 298570)
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 628.221.5828
mbrooks@beneschlaw.com

MICHAEL VATIS (pro hac vice)
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone: 646.593.7050
Facsimile: 646.755.3397
Email: mvatis@beneschlaw.com

Attorneys for Defendant OverDrive, Inc.