Stephanie Sheridan (CA 135910)
Meegan B. Brooks (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 6628.221.5828
ssheridan@beneschlaw.com
mbrooks@beneschlaw.com

Michael A. Vatis (admitted pro hac vice)
Benesch, Friedlander, Coplan & Aronoff
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone: 646.328.0994
mvatis@beneschlaw.com

Attorneys for Defendant OverDrive, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Beth Cone, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OverDrive, Inc.,<br><br>Defendant. | Case No. 2:25-cv-1617<br><br>**DEFENDANT OVERDRIVE, INC.'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Date: February 27, 2026<br>Time: 1:30 P.M.<br>Location: Courtroom 6B<br>Judge: Fernando Aenlle-Rocha |

Defendant OverDrive, Inc., files this Motion for Leave to File Notice of Supplemental Authority in order to alert the Court to a Northern District of California decision that is relevant to Defendant's Motion to Dismiss but was issued after briefing on that Motion was completed. Central District of California Local Rule 7-10 prohibits litigants from filing a response to a reply memorandum absent prior written order of the Court. Therefore, Defendant submits this motion to request the Court's approval to file the attached Notice of Supplemental Authority so that the Court may review and consider the Northern District's recent decision in *Doe v. Eating Recovery Ctr. LLC*, No. 23-CV-05561-VC, 2025 WL 2971090 (N.D. Cal. Oct. 17, 2025).

OverDrive conferred with Plaintiff's counsel prior to filing the instant Motion. Counsel for Plaintiff stated they do not object to OverDrive filing this Motion. If Plaintiff files a response, OverDrive reserves the right to request leave to file a reply in support of its Motion.

Dated: January 20, 2026

Respectfully submitted,

*s/ Michael Vatis*
STEPHANIE SHERIDAN (CA 135910)
MEEGAN B. BROOKS (CA 298570)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone: 628.600.2250
Facsimile: 6628.221.5828
Email: ssheridan@beneschlaw.com
mbrooks@beneschlaw.com

MICHAEL VATIS (admitted pro hac vice)
Benesch, Friedlander, Coplan & Aronoff LLP
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone: 646.593.7050
Facsimile: 646.755.3397
Email: mvatis@beneschlaw.com

Attorneys for Defendant OverDrive, Inc.