**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main St., Ste. 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorneys for Plaintiff*

**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
Michael A. Vatis (*pro hac vice*)
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 328-0494
Facsimile: (646) 755-3397
E-mail: mvatis@beneschlaw.com

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

BETH CONE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

OVERDRIVE, INC.,

Defendant.

Case No. 2:25-cv-1617-FLA-MAA

**NOTICE OF SETTLEMENT**

Judge: Hon. Fernando L. Aenlle-Rocha

NOTICE OF SETTLEMENT
CASE NO. 2:25-CV-1617-FLA-MAA

Plaintiff Beth Cone ("Plaintiff") and Defendant OverDrive, Inc. ("Defendant") (collectively, the "Parties") have reached a settlement in principle in the above-captioned matter. The Parties are working on finalizing a full-form settlement agreement and effectuating the same. Accordingly, Plaintiff files this notice of settlement and anticipates that a request for dismissal will be filed within thirty (30) days of the Date of this Notice.

Dated:  February 25, 2026        **BURSOR & FISHER, P.A**.

                                 By:   */s/ Philip L. Fraietta*
                                          Philip L. Fraietta

                                 Philip L. Fraietta (State Bar No. 354768)
                                 50 Main St., Ste. 475
                                 White Plains, NY 10606
                                 Telephone: (914) 874-0710
                                 Facsimile: (914) 206-3656
                                 E-mail: pfraietta@bursor.com

                                 **BURSOR & FISHER, P.A.**
                                 Max S. Roberts (State Bar No. 363482)
                                 1330 Avenue of the Americas, 32nd Floor
                                 New York, NY 10019
                                 Telephone: (646) 837-7150
                                 Facsimile: (212) 989-9163
                                 E-mail: mroberts@bursor.com

                                 *Attorneys for Plaintiff*

Dated:  February 25, 2026        **BENESCH, FRIEDLANDER, COPLAN &
                                 ARONOFF LLP**

                                 By:   */s/ Michael A. Vatis*
                                          Michael A. Vatis (admitted *pro hac vice*)
                                 **BENESCH, FRIEDLANDER, COPLAN &
                                 ARONOFF LLP**
                                 1155 Avenue of the Americas, Floor 26
                                 New York, NY 10036

NOTICE OF SETTLEMENT                                                     1
CASE NO. 2:25-CV-1617-FLA-MAA

Telephone: (646) 328-0494
Facsimile: (646) 755-3397
E-mail: mvatis@beneschlaw.com

*Attorney for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

*s/ Philip L. Fraietta*