**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETH CONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERDRIVE, INC.,<br><br>Defendant. | Case No. 2:25-cv-01617-FLA-MAA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Fernando L. Aenlle-Rocha |

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 2:25-cv-01617-FLA-MAA

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Beth Cone hereby voluntarily dismisses her claims against Defendant OverDrive, Inc., with prejudice.

Dated: March 20, 2026                     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  */s/ Philip L. Fraietta*
        Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorney for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL                                     1
CASE NO. 2:25-cv-01617-FLA-MAA